IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

D.D. BAIRFIELD,

    Petitioner,                      No. CIV S-05-0166 DFL DAD P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state parolee proceeding pro se with a petition for writ of habeas corpus challenging the revocation of his parole by the Board of Prison Terms in Solano County on May 10, 2004. Respondents have moved to dismiss the action for failure to exhaust all claims. Respondents contend that petitioner failed to present one of his two claims to the California Supreme Court. Petitioner has not responded to the motion despite the court's order requiring him to file opposition or a statement of non-opposition within thirty days after service of a responsive motion. (Order filed May 25, 2005, at 2.)

        When petitioner filed this action on January 26, 2005, he was confined in California Medical Facility. On May 10, 2005, petitioner filed a notice of change of address in which he requested that all documents regarding this case be sent to him at the following address: 29 Alabama Street #C, Vallejo, CA 94590.

1

Respondents initially served their motion on June 27, 2005, by mailing a copy to petitioner at the following address:

> Dana Demetrius Bairfield (V-15762)
> Parole Region 2
> 1145 Market Street, 9th Floor
> San Francisco, CA 94013
> In Pro Per

On June 28, 2005, respondents re-served the motion at the following address

> Dana Demetrius Bairfield, V-15762
> Vallejo Parole Unit
> 1840 Capitol Street
> Vallejo, CA 94590

On June 29, 2005, respondents re-served the motion at the same two addresses:

> Dana Demetrius Bairfield (V-15762)
> Parole Region 2
> 1145 Market Street, 9th Floor
> San Francisco CA 94013
>
> Dana Demetrius Bairfield (V-15762)
> Vallejo Parole Unit
> 1840 Capitol Street
> Vallejo CA 94590

The motion has not been served on petitioner at his address of record. In the absence of a response from petitioner demonstrating that he received the motion, the court will not deem the motion to have been properly served. Respondents will be directed to file evidence of service of the motion on petitioner at the private address that is his address of record.

Accordingly, IT IS HEREBY ORDERED that respondents are granted five days to file proof of service of their June 27, 2005 motion to dismiss on petitioner Dana Demetrius Bairfield at 29 Alabama Street #C, Vallejo, CA 94590.

DATED: August 18, 2005.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
bair0166.mtdservice