IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA DEMETRIUS BAIRFIELD,

    Petitioner,               No. CIV S-05-0166 DFL DAD P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.           <u>ORDER</u>

_____/

        Petitioner, a state parolee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 28, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 28, 2005, are adopted in full;

2. Respondents' June 27, 2005 motion to dismiss for failure to exhaust all claims is granted; and

3. Petitioner is granted thirty days from the date of this order to file an amended petition in which he alleges only exhausted claims.

DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge