IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA DEMETRIUS BAIRFIELD,

    Petitioner,                    No. CIV S-05-0166 DFL DAD P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed November 14, 2005, petitioner was granted thirty days' leave to file an amended petition in which he alleges only exhausted claims. The thirty day period has now expired and petitioner has not filed an amended petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: January 5, 2006.

                                                     /s/ Dale A. Drozd  
                                                   DALE A. DROZD  
                                                   UNITED STATES MAGISTRATE JUDGE

7  DAD:lg  
    bair0166.fta